T
The Law Offices of Greg Gulia
415 East 71st Street
New York, NY 10021
(646) 229-7616

**By ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY, 10007
CronanNYSDChambers@nysd.uscourts.gov

**RE:** Lopez et al v. 1988 Saints LLC et al Civil Action No. 1:26-cv-6531

**Subject:** Letter Motion Requesting an Extension of Time to Respond to the Complaint

Dear Judge Cronan

I have just been retained this afternoon to represent the defendants in the aforementioned case. The answer is due today. While the defendants tried to contact me last week to represent them, I was in Cornell Weill hospital and since I came in through the Emergency Room, I did not have a cell phone or laptop computer with me so they could not reach me.

I reached out to plaintiffs'counsel this afternoon to request a two-week extension of the time to respond to the complaint and they were gracious enough to consent such that the new due date requested is **September 17**.

This request is the first request for an extension. The reason for this request is that I was just retained today and have not had time to review the claims in the lawsuit and confer with my clients. The parties do not believe

that granting this extension request would affect any other scheduled dates or deadlines.

Thank you, Your Honor, in advance for your time and attention to this matter.

Respectfully submitted,

Greg Gulia

The Law Offices of Greg Gulia

415 East 71st Street, New York, NY 10021

(646) 229-7616 mobile

\